COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:          01-12-00735-CV

Style:                 William David Golden

                       **v** The State of Texas

Date motion filed*:    February 13, 2013

Type of motion:        Motion for extension of time complete the appellate record and to file appellant's brief

Party filing motion:   Appellant

Document to be filed:  Clerk's Record and Appellant's Brief

Is appeal accelerated?      No

If motion to extend time:

    Original due date:                              September 3, 2012 for record; N/A for brief

    Number of previous extensions granted:      0          Current Due date:  March 11, 2013, for record

    Date Requested:

Ordered that motion is:

    ☐      Granted

         If document is to be filed, document due:

         ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐      Denied

    ☑      Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

    ☐      Other: _____

    **The clerk's record was timely filed on March 8, 2013, and appellant's brief is currently due on May 7, 2013.  Appellant's motion requesting an extension of time to file the clerk's record and to file his brief is dismissed as moot.**

Judge's signature:  /s/ Jim Sharp_____
                    ☑ Acting individually      ☐ Acting for the Court

Panel consists of   _____

Date: <u>May 9, 2013</u>_____

November 7, 2008 Revision